No. 91–7788. PATTERSON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–7789. RIASGO-BONILLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7790. LAWRENCE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7794. KINARD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7801. BRENT, AKA SLAUSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7802. HANLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–1252. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, ET AL. v. INDEPENDENT PETROCHEMICAL CORP. ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–1394. WYLES ET UX. v. SWORD, TRUSTEE. C. A. 4th Cir. Certiorari before judgment denied.

No. 91–1395. CELOTEX CORP. v. GLASSCOCK ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 91–1425. VASQUEZ, WARDEN, ET AL. v. BROWN. C. A. 9th Cir. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 91–1524. CONSOLIDATED RAIL CORPORATION v. ESCH-BERGER. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 91–7459. SAVENELLI v. MEACHUM, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. C. A. 2d Cir. Certiorari before judgment denied.